IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| AMERICAN PETROLEUM INSTITUTE,<br><br>        Petitioner,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT,[1] in his official capacity as Secretary of the United States Department of the Interior; OFFICE OF NATURAL RESOURCES REVENUE; KIMBRA DAVIS,[2] in her official capacity as Director of the Office of Natural Resources Revenue,<br><br>        Respondents. | Case No. 17-CV-83-NDF |

## ORDER ON MANDATE

The above entitled matter having been appealed to the United States Court of Appeals for the Tenth Circuit and the appellate court having remanded the case by mandate issued on September 28, 2020, it is

---

[1] Pursuant to Federal Rule of Appellate Procedure 43, Secretary of the Interior David Bernhardt was substituted for former Secretary of the Interior Ryan Zinke.
[2] Pursuant to Federal Rule of Appellate Procedure 43, Director of the Office of Natural Resources Revenue Kimbra Davis was substituted for former Director Gregory Gould.

ORDERED that this matter be dismissed for lack of jurisdiction.

Dated this 29th day of September, 2020.

_____
NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE